UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.:** |
| | : | |
| v. | : | **VIOLATION:** |
| | : | |
| **SONJA MATTRESS,** | : | 26 U.S.C. § 7206(1) |
| | : | Making and Subscribing a False Tax Return |
| **Defendant.** | : | |
| | : | |

## INFORMATION

The United States Attorney charges that at all times material to this Information:

## COUNT ONE
(Making and Subscribing a False Tax Return)

1. Defendant SONJA MATTRESS was a resident of Fort Washington, Maryland. Defendant SONJA MATTRESS was the owner and sole corporate officer of Echelon Community Services, Inc. ("Echelon"), a non-profit corporation providing group home services for youth who were wards of the District of Columbia. Echelon was located and operated solely in the District of Columbia.

2. The Internal Revenue Service ("IRS") was an agency within the Department of Treasury responsible for administrating and enforcing the tax laws of the United States of America, and collecting taxes owed to the United States of America by its citizens and other entities.

3. Between January 2007, through December 2009, Echelon employed approximately thirty employees per quarter.

4. Corporations that have employees were required to file Employer Quarterly Tax Returns (Form 941) with the IRS, reporting the taxes withheld from each employee's paycheck

based on each employee's income, as well as taxes owed on that income pursuant to the Federal Insurance Contributions Act ("FICA"), and to make deposits to the IRS of all such taxes. FICA taxes were used to fund federal programs for retirees, the disabled, and children of deceased workers, and to support Social Security and Medicare.

5. As the owner and sole corporate officer of Echelon, defendant SONJA MATTRESS was required to collect, truthfully account for, and pay over to the IRS all income taxes withheld as well as all FICA taxes owed on each employee's income. This included the income earned by defendant SONJA MATTRESS, as an employee of Echelon.

6. For tax years 2007, 2008, and 2009, defendant SONJA MATTRESS did not file any Forms 941 or pay any of the required payroll taxes to the IRS on behalf of Echelon until after she was notified that she was under criminal investigation on March 3, 2010.

7. For each of the tax years 2007 through 2009, defendant SONJA MATTRESS also filed a U.S. Individual Income Tax Return (Form 1040) under penalty of perjury with the IRS, reporting the taxes purportedly withheld by Echelon from defendant SONJA MATTRESS's pay as an employee of Echelon. At the time that defendant SONJA MATTRESS filed these individual income tax returns with the IRS, defendant SONJA MATTRESS knew, as the person responsible for filing the Forms 941 with the IRS on behalf of Echelon, that the taxes reported as being withheld from her pay by Echelon had not been paid over to the IRS, and therefore that the material representations with respect to tax withholdings in her personal income tax returns were false.

8. The total loss to the IRS as a result of defendant MATTRESS's filing a false income tax return for tax years 2007, 2008, and 2009, was as follows:

| Year | Tax Loss |
|---|---|
| 2007 | $62,331 |
| 2008 | $58,818 |
| 2009 | $58,818 |
| **TOTAL** | **$179,967** |

9. On or about March 30, 2009, in the District of Columbia, the defendant, SONJA MATTRESS, did willfully make and subscribe a U.S. Individual Income Tax Return (Form 1040) for tax year 2007, which was verified by written declaration that it was made under the penalties of perjury and which she did not believe to be true and correct as to every material matter. Defendant SONJA MATTRESS signed the tax return in the District of Columbia and filed said tax return with the Internal Revenue Service, falsely reporting federal income tax withholdings of $62,331 on line 64, whereas, as she then and there well knew and believed, no income taxes had been withheld by Echelon, as stated on the return.

**(Making and Subscribing a False Tax Return, in violation of
Title 26, United States Code, Section 7206(1))**

RONALD C. MACHEN JR.
United States Attorney
In and For the District of Columbia
D.C. Bar No. 447889

By: _____
DAVID A. LAST
D.C. Bar No. 476335
Assistant United States Attorney
Fraud and Public Corruption Section
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7020 (telephone)
(202) 307-2304 (fax)
David.Last@usdoj.gov (email)

DATED: October 15, 2014